IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO WILLIAM BACA,

        Petitioner,                No. CIV S-06-1203 LKK PAN P

    vs.

A.K. SCRIBNER, Warden, et al.,

        Respondents.            ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2003 conviction on charges of murder, attempted murder, and assault with a deadly weapon. Court records reflect that petitioner currently has another habeas corpus challenge to that conviction pending in this court. See Case No. CIV S-05-0506 DFL KJM P.[1] On June 2, 2006, petitioner filed a motion to stay that action in order to exhaust state remedies as to additional claims. Petitioner's motion was accompanied by a letter dated May 29, 2006, in which petitioner states he had that day sent a state habeas corpus petition to Judge Long in the Sacramento County Superior Court, the trial court in which he was convicted.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1    The petition in this action was filed on June 2, 2006, the same day that petitioner
2 filed the motion to stay in Case No. CIV S-05-0506 DFL KJM P.[2] The petition is addressed to
3 Judge Long of the Sacramento County Superior Court and is on a California Judicial Council
4 form. It thus appears that petitioner intended to file the instant petition either in the Sacramento
5 County Superior Court, or as an exhibit to the motion to stay Case No. CIV S-05-0506 DFL KJM
6 P. In either event, the instant action should be summarily dismissed. See Rule 4, 28 U.S.C. foll.
7 § 2254.

8    Good cause appearing, IT IS HEREBY ORDERED that within twenty days from
9 the date of this order petitioner may file, as appropriate, a request for voluntary dismissal of this
10 action and/or a request in writing to transfer the petition filed in the instant action to Case No.
11 CIV S-05-0506 DFL KJM P as an exhibit to petitioner's motion to stay.[3] Failure to respond to
12 this order will result in a recommendation that this action be dismissed.

13 DATED: June 15, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/mp
baca1203.101a

---

[2]    The petition filed in this action was signed by petitioner May 30, 2006.

[3]    Petitioner is advised that this court has no authority to transfer the petition filed in the action to the Sacramento County Superior Court and that if the petition filed herein was intended for the state court he will have to file another habeas corpus petition in the Sacramento County Superior Court in order to seek relief in that court.

2