IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO WILLIAM BACA,

        Petitioner,                      No. CIV S-06-1203 LKK PAN P

    vs.

A.K. SCRIBNER, Warden, et al.,

        Respondents.              ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his 2003 conviction on charges of murder, attempted murder, and assault with a deadly weapon.

        By court order filed June 16, 2006, petitioner was instructed to file a request for voluntary dismissal of this action and/or a request in writing to transfer the petition filed in the instant action to Case N. CIV S-05-0506 DFL KJM P as an exhibit to petitioner's motion to stay.

        On July 3, 2006, petitioner submitted two letters to the court and a motion to dismiss this action. By those documents, petitioner requests that the court transfer the petition filed in this action to Case No. CIV S-05-0506 DFL KJM P as an exhibit to petitioner's motion to stay in that case, and that this action be dismissed. Good cause appearing, petitioner's requests will be granted.

1           In accordance with the above, IT IS HEREBY ORDERED that:

2           1. The Clerk of the Court is directed to transfer the petition filed in this case to

3   Case No. CIV S-05-0506 DFL KJM P as an exhibit to petitioner's motion to stay in that action;

4   and

5           2. The Clerk of the Court is directed to close this case.

6   DATED: September 18, 2006.

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

10  14/mp
    baca1203.o

2