IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEDRO WILLIAM BACA,

       Petitioner,                  No. CIV S-06-1203 LKK EFB P

   vs.

A.K. SCRIBNER, Warden, et al.,

       Respondents.             ORDER

_____/

       This petition for writ of habeas corpus was dismissed on September 19, 2006. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: November 8, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE